# Court of Appeals
# of the State of Georgia

ATLANTA, __November 17, 2023__

*The Court of Appeals hereby passes the following order:*

## A24E0031. ATCHLEY v. THE STATE.

Upon consideration of Atchley's emergency motion for an extension of time to file a discretionary application from the trial court's October 23, 2023 order, the motion is hereby GRANTED, and Atchley shall have until December 22, 2023 to file a discretionary application. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/17/2023__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*